Jeffrey C. Metzger, Esq.  State Bar No. 96583
LAW OFFICES OF JEFFREY C. METZGER
A Law Corporation
23041 Mill Creek Drive
Laguna Hills, California 92653
Telephone (949) 454-1196
Facsimile (949) 454-0830

Attorney for Plaintiff, WILLIAM BAKER

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| WILLIAM BAKER,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY; ALLSTATE INSURANCE LONG TERM DISABILITY BENEFITS PLAN; and DOES 1 thru 10 inclusive,<br><br>　　　　　Defendants. | CASE NO. 2:05-CV00249-MCE-KJM<br><br>STIPULATION TO CONTINUE MOTION RE JOINT STIPULATION REGARDING DISCOVERY DISAGREEMENTS; ORDER<br><br>DATE: January 18, 2006<br>TIME: 10:00 a.m.<br>JUDGE: Honorable Kimberly J. Mueller<br>COURTROOM: 26 |

　　　　IT IS HEREBY STIPULATED by and between the parties, through their attorneys of records, as follows:

　　　　1. That due to the pre-planned vacation of the defense counsel, the hearing on the Plaintiff's Motion Re Joint Stipulation Regarding Discovery Disagreements be continued from January 18, 2006 to February 1, 2006, at 10:00 a.m. in Courtroom 26.

//
//

STIPULATION TO CONTINUE MOTION RE JOINT STIPULATION REGARDING DISCOVERY DISAGREEMENTS; ORDER

**1**

The joint stipulation on the motion will be filed timely in accordance with the local rules.

IT IS SO STIPULATED.

Dated: January 11, 2006        LAW OFFICES OF JEFFREY C. METZGER
                               A Law Corporation

                                       /s/ Jeffrey C. Metzger, Esq.
                               By:_____
                                   JEFFREY C. METZGER, Esq.
                                   Attorney for Plaintiff WILLIAM BAKER


Dated: January 11, 2006        SEYFARTH SHAW LLP

                                       /s/ JoelVan Parys, Esq. for Alfred L.
                                       Sanderson, Jr., Esq. (As authorized on
                                       January 11, 2006)
                               By:_____
                                   ALFRED L. SANDERSON, JR., ESQ.
                                   Attorneys for Defendants METROPOLITAN
                                   LIFE INSURANCE COMPANY


## ORDER

IT IS HEREBY ORDERED that the hearing referenced above be continued from January 18, 2006 to February 1, 2006.

DATED: January 12, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

STIPULATION TO CONTINUE MOTION RE JOINT STIPULATION REGARDING DISCOVERY DISAGREEMENTS; ORDER

2