**Jeffrey C. Metzger, Esq.  State Bar No. 96583**
**LAW OFFICES OF JEFFREY C. METZGER**
**A Law Corporation**
**23041 Mill Creek Drive**
**Laguna Hills, California 92653**
**Telephone (949) 454-1196**
**Facsimile (949) 454-0830**

Attorney for Plaintiff, WILLIAM BAKER

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| WILLIAM BAKER,<br><br>         Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY; ALLSTATE INSURANCE LONG TERM DISABILITY BENEFITS PLAN; and DOES 1 thru 10 inclusive,<br><br>         Defendants. | CASE NO. 2:05-CV-00249-MCE-KJM<br><br>STIPULATION TO CONTINUE DISCOVERY CUTOFF; ORDER |

　　　　IT IS HEREBY STIPULATED by and between the parties, through their attorneys of records, as follows:

　　　　Whereas, the discovery cutoff in the above-referenced matter, per the Court's Scheduling Order, was set for January 19, 2006.

　　　　Whereas, a motion brought by the Plaintiff to compel certain discovery responses was previously set for hearing on January 18, 2006.

　　　　Whereas, due to a pre-planned vacation by defense counsel, it was necessary for the motion hearing to be continued until February 1, 2006.

**1**

1  Whereas, as a result, the parties stipulate to request the Court to continue the
2  discovery cutoff until February 2, 2006.

4  IT IS SO STIPULATED.

6  Dated: January 11, 2006          LAW OFFICES OF JEFFREY C. METZGER
                                    A Law Corporation

                                            /s/ Jeffrey C. Metzger, Esq.
                                    By:_____
                                    JEFFREY C. METZGER, Esq.
                                    Attorney for Plaintiff WILLIAM BAKER

11 Dated: January 11, 2006          SEYFARTH SHAW LLP

                                            /s/ JoelVan Parys, Esq.  for Alfred L.
                                            Sanderson, Jr., Esq. (As authorized on
                                            January 11, 2006)

                                    By:_____
                                    ALFRED L. SANDERSON, JR., ESQ.
                                    Attorneys for Defendants METROPOLITAN
                                    LIFE INSURANCE COMPANY

18                                  ORDER

20  IT IS ORDERED that discovery cutoff be continued until February 2, 2006.

22 DATED: January 20, 2006

                                    _____
                                    MORRISON C. ENGLAND, JR
                                    UNITED STATES DISTRICT JUDGE

**2**