Lawrence E. Butler (SBN 111043)
Alfred L. Sanderson, Jr. (SBN 186071)
SEYFARTH SHAW LLP
400 Capitol Mall
Suite 2350
Sacramento, California 95814-4428
Telephone: (916) 448-0159
Facsimile: (916) 558-4839

Attorneys for Defendants
METROPOLITAN LIFE INSURANCE COMPANY;
ALLSTATE INSURANCE LONG TERM DISABILITY BENEFITS PLAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| WILLIAM BAKER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY; ALLSTATE INSURANCE LONG TERM DISABILITY BENEFITS PLAN; and DOES 1 thru 10 inclusive,<br><br>　　　　Defendant. | Case No. 2:05-CV-0249 MCE KJM<br><br>**STIPULATION AND ORDER CONTINUING DISPOSITIVE MOTION CUTOFF DATE** |

　　　　Pursuant to the Pretrial Scheduling Order in this matter, the dispositive motion cutoff date in the above-entitled matter is June 16, 2006. On May 12, 2006, counsel for Defendants Metropolitan Life Insurance Company and Allstate Insurance Long Term Disability Benefits Plan ("Defendants") contacted the clerk for the above-entitled Court to reserve a hearing date for a motion for summary judgment, and were told the only available hearing date on or before June 16, 2006 was June 5, 2006. The clerk advised counsel for Defendants that Defendants either could file a motion for order shortening time to have the motion heard on June 5, 2006, or obtain opposing counsel's agreement to continue the dispositive motion cutoff date.

Hearing dates currently available for this Court include June 5, 2006, June 19, 2006, July 17, 2006 and August 7, 2006. Counsel have calendar conflicts on June 19, 2006 and July 17, 2006, and therefore request to have dispositive motions heard on August 7, 2006.

Given the above, the parties hereby stipulate to request the Court to continue the dispositive motion cutoff date in this matter to August 7, 2006.

**IT IS SO STIPULATED**.

DATED: May 15, 2006                                LAW OFFICES OF JEFFREY C. METZGER


By _____
     Jeffrey C. Metzger
Attorneys for Plaintiff
WILLIAM BAKER


DATED: May 15, 2006                                SEYFARTH SHAW, LLP


By _____
     Alfred L. Sanderson Jr.
Attorneys for Defendants
METROPOLITAN LIFE INSURANCE
COMPANY; ALLSTATE INSURANCE LONG
TERM DISABILITY BENEFITS PLAN

**IT IS SO ORDERED**.

The last day to hear dispositive motion is continued to August 7, 2006. The current pretrial conference date of August 14, 2006, is continued to October 23, 2006 at 02:30 p.m. The joint pretrial statement is due on or before August 7, 2006.

///

///

///

-2-

1   The bench trial of October 18, 2006 is continued to December 13, 2006 at 09:00 a.m.
2   All other dates on the Pretrial Status (Scheduling) Order shall remain the same.

3
4   DATED: May 22, 2006

5   _____
    MORRISON C. ENGLAND, JR
6   UNITED STATES DISTRICT JUDGE