**JEFFREY C. METZGER, ESQ. STATE BAR No. 96583**
**LAW OFFICES OF JEFFREY C. METZGER**
**A Law Corporation**
**23041 Mill Creek Drive**
**Laguna Hills, California 92653**
**Telephone (949) 454-1196**
**Facsimile (949) 454-0830**
Attorney for Plaintiff, WILLIAM BAKER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| WILLIAM BAKER, | CASE NO. 2:05-cv-0249-MCE-KJM |
| Plaintiff, | STIPULATION AND ORDER CONTINUING DISPOSTIVE MOTION CUTOFF DATE |
| vs. | |
| METROPOLITAN LIFE INSURANCE COMPANY; ALLSTATE INSURANCE LONG TERM DISABILITY BENEFITS PLAN; and DOES 1 thru 10 inclusive, | |
| Defendants. | |

On May 22, 2006, the Court issued an Order, pursuant to the parties' stipulation, continuing the Dispositive Motion Cutoff date in this matter until August 7, 2006.

At Plaintiff's counsel's request, the parties submit a second Stipulation to seek a continuance of the Dispositive Motion Cutoff date until September 11, 2006.  The circumstances are that Plaintiff's counsel has scheduled and paid for an out of state trip to see his son perform, and inadvertently failed to realize the conflict and seek the continuance before scheduling the trip and incurring the expenses.

///

A second reason Plaintiff contends the continuance is warranted is that this Court has not ruled on a Request for Reconsideration filed by Defendant regarding a discovery order issued by magistrate Judge Mueller on February 1, 2006.  Defendant has agreed to the continuance as an accommodation to Plaintiff's counsel's scheduling conflict only, and contends the Request for Reconsideration is moot as the Discovery Cutoff date has long since passed.  Plaintiff contends that the discovery order was entered prior to the cutoff date.

Therefore, the parties stipulate to request the Court to move the Dispositive Motion cutoff date until September 11, 2006 at which time the dispositive motions in this matter will be heard.  This requested continuance will not require a continuance of the trial date currently scheduled for December 13, 2006.  Also, this requested continuance will not require a continuance of the Pretrial Conference which is currently scheduled for October 23, 2006.  However, the parties do also request that the Joint Pretrial Statement be continued from August 7, 2006 until sometime after the dispositive motion hearing date to allow the parties to set forth the statement in conformance with the Court's rulings on the summary judgment motions.

IT IS SO STIPULATED.

Dated:  June 21, 2006             LAW OFFICES OF JEFFREY C. METZGER
                                  A LAW CORPORATION

                                  By:   /s/ Jeffrey C. Metzger, Esq.
                                       JEFFREY C. METZGER, Esq.
                                       Attorney for Plaintiff, WILLIAM BAKER

Dated:  June 21 , 2006            SEYFARTH SHAW LLP

                                  By:   /s/ Alfred L.Sanderson, Jr., Esq.

                                       ALFRED L. SANDERSON, JR.,

                                       Attorneys for Defendant
                                        METROPOLITAN LIFE INSURANCE
                                        COMPANY

### [PROPOSED] ORDER

IT IS ORDERED that the deadline to hear dispositive motions is continued from August 7, 2006 to September 11, 2006.  The Joint Pretrial Statement is due on or before October 2, 2006.  All other dates, including the bench trial and pretrial status conference, shall remain the same.

DATED: June 26, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE
_____