**Jeffrey C. Metzger, Esq.  State Bar No. 96583**
**LAW OFFICES OF JEFFREY C. METZGER**
**A Law Corporation**
**23041 Mill Creek Drive**
**Laguna Hills, California 92653**
**Telephone (949) 454-1196**
**Facsimile (949) 454-0830**

Attorney for Plaintiff, WILLIAM BAKER

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| WILLIAM BAKER,<br><br>Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY; ALLSTATE INSURANCE LONG TERM DISABILITY BENEFITS PLAN; and DOES 1 thru 10 inclusive,<br><br>Defendants. | CASE NO. 2:05-cv-0249-MCE-KJM<br><br>STIPULATION AND ORDER OF DISMISSAL |

**1**

1  IT IS HEREBY STIPULATED by and between the parties through their
2 respective counsel that the above action is hereby settled and may be dismissed with
3 prejudice. Each side to bear its own fees and costs.
4 IT IS SO STIPULATED.

Dated: August 21, 2006          LAW OFFICES OF JEFFREY C. METZGER
                                A Law Corporation

                                By:_____
                                   JEFFREY C. METZGER, Esq.
                                   Attorney for Plaintiff WILLIAM BAKER

Dated: August __, 2006          SEYFARTH SHAW LLP

                                By:_____
                                   ALFRED L. SANDERSON, JR., ESQ.
                                   Attorneys for Defendants METROPOLITAN
                                   LIFE INSURANCE COMPANY

ORDER

IT IS ORDERED that the above-entitled action be dismissed with prejudice.

DATED: September 29, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE